



Kanuga Conferences - Kanuga Conference Center on Kanuga Lake in Hendersonville, North Carolina aerial photo - Pilot Anthony Pretorius - © 2014 David Oppenheimer - Performance Impressions Photography Archives - http://www.performanceimpressions.com/

Case 1:18-cv-00252-MR   Document 1-2   Filed 09/05/18   Page 2 of 2