# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-190-968**

**Effective date of registration:**

November 14, 2014

---

## Title

**Title of Work:** Aerial Photography Taken on October 11, 2014 by David Oppenheimer

**Previous or Alternative Title:** Individual Unpublished Works

**Contents Titles:** D4s__DSC1878.jpg;
D4s__DSC1882.jpg;
D4s__DSC1885.jpg;
D4s__DSC1888.jpg;
D4s__DSC1898.jpg;
D4s__DSC1906.jpg;
D4s__DSC1909.jpg;
D4s__DSC1920.jpg;
D4s__DSC1922.jpg;
D4s__DSC1926.jpg;
D4s__DSC1962.jpg;
D4s__DSC1967.jpg;
D4s__DSC1980.jpg;
D4s__DSC1982.jpg;
D4s__DSC1983.jpg;
D4s__DSC1992.jpg;
D4s__DSC1995.jpg;
D4s__DSC2036.jpg;
D4s__DSC2039.jpg;
D4s__DSC2046.jpg;
D4s__DSC2056.jpg;
D4s__DSC2059.jpg;
D4s__DSC2061.jpg;
D4s__DSC2062.jpg;
D4s__DSC2066.jpg;



D4s__DSC2067.jpg;
D4s__DSC2069.jpg;
D4s__DSC2070.jpg;
D4s__DSC2071.jpg;
D4s__DSC2072.jpg;
D4s__DSC2074.jpg;
D4s__DSC2075.jpg;
D4s__DSC2076.jpg;
D4s__DSC2078.jpg;
D4s__DSC2079.jpg;
D4s__DSC2080.jpg;
D4s__DSC2081.jpg;
D4s__DSC2084.jpg;
D4s__DSC2086.jpg;
D4s__DSC2087.jpg;
D4s__DSC2088.jpg;
D4s__DSC2090.jpg;
D4s__DSC2092.jpg;
D4s__DSC2094.jpg;
D4s__DSC2096.jpg;
D4s__DSC2097.jpg;
D4s__DSC2102.jpg;
D4s__DSC2105.jpg;
D4s__DSC2106.jpg;
D4s__DSC2107.jpg;
D4s__DSC2108.jpg;
D4s__DSC2110.jpg;
D4s__DSC2111.jpg;
D4s__DSC2112.jpg;
D4s__DSC2114.jpg;
D4s__DSC2115.jpg;
D4s__DSC2116.jpg;
D4s__DSC2346.jpg;
D4s__DSC2347.jpg;
D4s__DSC2350.jpg;
D4s__DSC2351.jpg;
D4s__DSC2352.jpg;
D4s__DSC2353.jpg;
D4s__DSC2356.jpg;
D4s__DSC2375.jpg;
D4s__DSC2389.jpg;

D4s__DSC2391.jpg;
D4s__DSC2396.jpg;
D4s__DSC2398.jpg;
D4s__DSC2401.jpg;
D4s__DSC2407.jpg;
D4s__DSC2412.jpg;
D4s__DSC2414.jpg;
D4s__DSC2415.jpg;
D4s__DSC2419.jpg;
D4s__DSC2420.jpg;
D4s__DSC2421.jpg;
D4s__DSC2422.jpg;
D4s__DSC2423.jpg;
D4s__DSC2424.jpg;
D4s__DSC2425.jpg;
D4s__DSC2426.jpg;
D4s__DSC2427.jpg;
D4s__DSC2429.jpg;
D4s__DSC2431.jpg;
D4s__DSC2433.jpg;
D4s__DSC2434.jpg;
D4s__DSC2438.jpg;
D4s__DSC2439.jpg;
D4s__DSC2441.jpg;
D4s__DSC2442.jpg;
D4s__DSC2443.jpg;
D4s__DSC2445.jpg;
D4s__DSC2446.jpg;
D4s__DSC2448.jpg;
D4s__DSC2449.jpg;
D4s__DSC2450.jpg;
D4s__DSC2451.jpg;
D4s__DSC2453.jpg;
D4s__DSC2454.jpg;
D4s__DSC2455.jpg;
D4s__DSC2456.jpg;
D4s__DSC2458.jpg;
D4s__DSC2460.jpg;
D4s__DSC2461.jpg;
D4s__DSC2463.jpg;
D4s__DSC2464.jpg;



D4s__DSC2466.jpg;
D4s__DSC2468.jpg;
D4s__DSC2469.jpg;
D4s__DSC2470.jpg;
D4s__DSC2471.jpg;
D4s__DSC2472.jpg;
D4s__DSC2474.jpg;
D4s__DSC2475.jpg;
D4s__DSC2478.jpg;
D4s__DSC2480.jpg;
D4s__DSC2481.jpg;
D4s__DSC2483.jpg;
D4s__DSC2486.jpg;
D4s__DSC2487.jpg;
D4s__DSC2488.jpg;
D4s__DSC2507.jpg;
D4s__DSC2508.jpg;
D4s__DSC2512.jpg;
D4s__DSC2513.jpg;
D4s__DSC2515.jpg;
D4s__DSC2526.jpg;
D4s__DSC2527.jpg;
D4s__DSC2531.jpg;
D4s__DSC2533.jpg;
D4s__DSC2534.jpg;
D4s__DSC2535.jpg;
D4s__DSC2536.jpg;
D4s__DSC2537.jpg;
D4s__DSC2538.jpg;
D4s__DSC2539.jpg;
D4s__DSC2542.jpg;
D4s__DSC2545.jpg;
D4s__DSC1842.jpg;
D4s__DSC1846.jpg;
D4s__DSC1860.jpg;
D4s__DSC1864.jpg;
D4s__DSC1868.jpg;
D4s__DSC1872.jpg;

D8101__OPP1563.jpg;
D8101__OPP1567.jpg;
D8101__OPP1568.jpg;
D8101__OPP1578.jpg;
D8101__OPP1579.jpg;
D8101__OPP1581.jpg;
D8101__OPP1585.jpg;
D8101__OPP1586.jpg;
D8101__OPP1587.jpg;
D8101__OPP1588.jpg;
D8101__OPP1596.jpg;
D8101__OPP1600.jpg;
D8101__OPP1605.jpg;
D8101__OPP1610.jpg;
D8101__OPP1613.jpg;
D8101__OPP1616.jpg;
D8101__OPP1617.jpg;
D8101__OPP1623.jpg;
D8101__OPP1624.jpg;
D8101__OPP1629.jpg;
D8101__OPP1631.jpg;
D8101__OPP1647.jpg;
D8101__OPP1650.jpg;
D8101__OPP1653.jpg;
D8101__OPP1657.jpg;
D8101__OPP1663.jpg;
D8101__OPP1666.jpg;
D8101__OPP1682.jpg;
D8101__OPP1685.jpg;
D8101__OPP1731.jpg;
D8101__OPP1732.jpg;
D8101__OPP1761.jpg;
D8101__OPP1767.jpg;
D8101__OPP1768.jpg;
D8101__OPP1769.jpg;
D8101__OPP1782.jpg;
D8101__OPP1783.jpg;
D8101__OPP1795.jpg;
D8101__OPP1796.jpg;
D8101__OPP1799.jpg;
D8101__OPP1800.jpg;



D8101__OPP1808.jpg;
D8101__OPP1812.jpg;
D8101__OPP1813.jpg;
D8101__OPP1817.jpg;
D8101__OPP1818.jpg;
D8101__OPP1821.jpg;
D8101__OPP1828.jpg;
D8101__OPP1829.jpg;
D8101__OPP1833.jpg;
D8101__OPP1834.jpg;
D8101__OPP1835.jpg;
D8101__OPP1836.jpg;
D8101__OPP1837.jpg;
D8101__OPP1838.jpg;
D8101__OPP1839.jpg;
D8101__OPP1841.jpg;
D8101__OPP1842.jpg;
D8101__OPP1844.jpg;
D8101__OPP1854.jpg;
D8101__OPP1855.jpg;
D8101__OPP1856.jpg;
D8101__OPP1857.jpg;
D8101__OPP1861.jpg;
D8101__OPP1862.jpg;
D8101__OPP1865.jpg;
D8101__OPP1866.jpg;
D8101__OPP1867.jpg;
D8101__OPP1868.jpg;
D8101__OPP1872.jpg;
D8101__OPP1875.jpg;
D8101__OPP1877.jpg;
D8101__OPP1883.jpg;
D8101__OPP1890.jpg;
D8101__OPP1891.jpg;
D8101__OPP1894.jpg;
D8101__OPP1900.jpg;
D8101__OPP1901.jpg;
D8101__OPP1907.jpg;
D8101__OPP1910.jpg;
D8101__OPP1911.jpg;
D8101__OPP1912.jpg;

D8101__OPP1916.jpg;
D8101__OPP1918.jpg;
D8101__OPP1922.jpg;
D8101__OPP1936.jpg;
D8101__OPP1938.jpg;
D8101__OPP1939.jpg;
D8101__OPP1942.jpg;
D8101__OPP1944.jpg;
D8101__OPP1948.jpg;
D8101__OPP1949.jpg;
D8101__OPP1952.jpg;
D8101__OPP1953.jpg;
D8101__OPP1955.jpg;
D8101__OPP1956.jpg;
D8101__OPP1957.jpg;
D8101__OPP1959.jpg;
D8101__OPP1960.jpg;
D8101__OPP1963.jpg;
D8101__OPP1966.jpg;
D8101__OPP1967.jpg;
D8101__OPP1968.jpg;
D8101__OPP1978.jpg;
D8101__OPP1981.jpg;
D8101__OPP1983.jpg;
D8101__OPP1986.jpg;
D8101__OPP1995.jpg;
D8101__OPP1999.jpg;
D8101__OPP2003.jpg;
D8101__OPP2005.jpg;
D8101__OPP2007.jpg;
D8101__OPP2019.jpg;
D8101__OPP2059.jpg;
D8101__OPP2060.jpg;
D8101__OPP2075.jpg;
D8101__OPP2079.jpg;
D8101__OPP2082.jpg;
D8101__OPP2085.jpg;
D8101__OPP2088.jpg;
D8101__OPP2092.jpg;
D8101__OPP2103.jpg;
D8101__OPP2108.jpg;



D8101__OPP2110.jpg;
D8101__OPP2111.jpg;
D8101__OPP2114.jpg;
D8101__OPP2115.jpg;
D8101__OPP2116.jpg;
D8101__OPP2119.jpg;
D8101__OPP2137.jpg;
D8101__OPP2139.jpg;
D8101__OPP2142.jpg;
D8101__OPP2143.jpg;
D8101__OPP2150.jpg;
D8101__OPP2156.jpg;
D8101__OPP2157.jpg;
D8101__OPP2163.jpg;
D8101__OPP2168.jpg;
D8101__OPP2172.jpg;
D8101__OPP2178.jpg;
D8101__OPP2180.jpg;
D8101__OPP2187.jpg;
D8101__OPP2198.jpg;
D8101__OPP2199.jpg;
D8101__OPP2200.jpg;
D8101__OPP1502.jpg;
D8101__OPP1507.jpg;
D8101__OPP1509.jpg;
D8101__OPP1511.jpg;
D8101__OPP1514.jpg;
D8101__OPP1515.jpg;
D8101__OPP1543.jpg;
D8101__OPP1553.jpg;
D8101__OPP1554.jpg;
D8101__OPP1561.jpg;
D8102__OPP2212.jpg;
D8102__OPP2216.jpg;
D8102__OPP2222.jpg;
D8102__OPP2230.jpg;
D8102__OPP2248.jpg;
D8102__OPP2249.jpg;
D8102__OPP2250.jpg;
D8102__OPP2251.jpg;
D8102__OPP2252.jpg;

D8102__OPP2253.jpg;
D8102__OPP2254.jpg;
D8102__OPP2255.jpg;
D8102__OPP2256.jpg;
D8102__OPP2257.jpg;
D8102__OPP2258.jpg;
D8102__OPP2264.jpg;
D8102__OPP2265.jpg;
D8102__OPP2268.jpg;
D8102__OPP2272.jpg;
D8102__OPP2276.jpg;
D8102__OPP2278.jpg;
D8102__OPP2290.jpg;
D8102__OPP2292.jpg;
D8102__OPP2293.jpg;
D8102__OPP2295.jpg;
D8102__OPP2297.jpg;
D8102__OPP2298.jpg;
D8102__OPP2299.jpg;
D8102__OPP2300.jpg;
D8102__OPP2304.jpg;
D8102__OPP2308.jpg;
D8102__OPP2311.jpg;
D8102__OPP2313.jpg;
D8102__OPP2315.jpg;
D8102__OPP2317.jpg;
D8102__OPP2318.jpg;
D8102__OPP2320.jpg;
D8102__OPP2322.jpg;
D8102__OPP2330.jpg;
D8102__OPP2333.jpg;
D8102__OPP2338.jpg;
D8102__OPP2340.jpg;
D8102__OPP2341.jpg;
D8102__OPP2342.jpg;
D8102__OPP2344.jpg;
D8102__OPP2345.jpg;
D8102__OPP2346.jpg;
D8102__OPP2354.jpg;
D8102__OPP2362.jpg;
D8102__OPP2370.jpg;



D8102__OPP2374.jpg;
D8102__OPP2385.jpg;
D8102__OPP2386.jpg;
D8102__OPP2390.jpg;
D8102__OPP2391.jpg;
D8102__OPP2393.jpg;
D8102__OPP2394.jpg;
D8102__OPP2399.jpg;
D8102__OPP2400.jpg;
D8102__OPP2402.jpg;
D8102__OPP2417.jpg;
D8102__OPP2422.jpg;
D8102__OPP2423.jpg;
D8102__OPP2425.jpg;
D8102__OPP2426.jpg;
D8102__OPP2427.jpg;
D8102__OPP2429.jpg;
D8102__OPP2432.jpg;
D8102__OPP2433.jpg;
D8102__OPP2435.jpg;
D8102__OPP2436.jpg;
D8102__OPP2439.jpg;
D8102__OPP2441.jpg;
D8102__OPP2442.jpg;
D8102__OPP2444.jpg;
D8102__OPP2446.jpg;
D8102__OPP2447.jpg;
D8102__OPP2448.jpg;
D8102__OPP2449.jpg;
D8102__OPP2450.jpg;
D8102__OPP2454.jpg;
D8102__OPP2456.jpg;
D8102__OPP2459.jpg;
D8102__OPP2460.jpg;
D8102__OPP2461.jpg;
D8102__OPP2463.jpg;
D8102__OPP2468.jpg;
D8102__OPP2470.jpg;
D8102__OPP2471.jpg;
D8102__OPP2474.jpg;
D8102__OPP2477.jpg;

D8102__OPP2478.jpg;
D8102__OPP2484.jpg;
D8102__OPP2487.jpg;
D8102__OPP2490.jpg;
D8102__OPP2491.jpg;
D8102__OPP2492.jpg;
D8102__OPP2494.jpg;
D8102__OPP2495.jpg;
D8102__OPP2497.jpg;
D8102__OPP2500.jpg;
D8102__OPP2501.jpg;
D8102__OPP2504.jpg;
D8102__OPP2518.jpg;
D8102__OPP2520.jpg;
D8102__OPP2521.jpg;
D8102__OPP2523.jpg;
D8102__OPP2524.jpg;
D8102__OPP2525.jpg;
D8102__OPP2539.jpg;
D8102__OPP2540.jpg;
D8102__OPP2548.jpg;
D8103__OPP2550.jpg;
D8103__OPP2552.jpg;
D8103__OPP2554.jpg;
D8103__OPP2555.jpg;
D8103__OPP2562.jpg;

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** David Gordon Oppenheimer
- **Author Created:** photograph(s)
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1970

## Copyright claimant

**Copyright Claimant:** David Gordon Oppenheimer
P.O. Box 8105, Asheville, NC, 28814, United States

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Performance Impressions LLC |
| **Name:** | David Gordon Oppenheimer |
| **Email:** | dave@performanceimpressions.com |
| **Address:** | P.O. Box 8105 |
| | Asheville, NC 28814  United States |
| **Telephone:** | 828-273-9339 |

## Certification

| | |
|---|---|
| **Name:** | David Gordon Oppenheimer |
| **Date:** | November 14, 2014 |



Registration #: VAU001190968
Service Request #: 1-1902487142



Performance Impressions LLC
David Gordon Oppenheimer
P.O. Box 8105
Asheville, NC 28814  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VAu 1-156-844

**Effective date of registration:**

November 9, 2013

---

## Title
- **Title of Work:** Aerial and Aviation Photographs Taken on Nov. 1 2013
- **Previous or Alternative Title:** 177 Individual Unpublished Works

## Completion/Publication
- **Year of Completion:** 2013

## Author
- **Author:** David Gordon Oppenheimer
- **Author Created:** photograph(s)
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1970

## Copyright claimant
- **Copyright Claimant:** David Gordon Oppenheimer
  P.O. Box 8105, Asheville, NC, 28814, United States

## Rights and Permissions
- **Organization Name:** Performance Impressions LLC
- **Name:** David Gordon Oppenheimer
- **Email:** dave@performanceimpressions.com
- **Telephone:** 828-273-9339
- **Address:** P.O. Box 8105
  Asheville, NC 28814 United States

## Certification
- **Name:** David Gordon Oppenheimer
- **Date:** November 9, 2013

Page 1 of 1

Case 1:18-cv-00252-MR   Document 1-3   Filed 09/05/18   Page 15 of 16

Registration #: VAU001156844
Service Request #: 1-1018990942

Performance Impressions LLC
David Gordon Oppenheimer
P.O. Box 8105
Asheville, NC 28814  United States