Today is a pretty exciting day. I get to represent UNC Pembroke at the Installation of UNC Asheville's new chancellor. That trip to Asheville even though it will be quick will let me see some friends.

Aerial shot of UNC Asheville's campus.



The trip is going to be quick because when the installation ceremony concludes at 12 Noon I am back in the car to watch UNC Pembroke play a home football game against Shaw University at 7PM.

One of the friends that I will get to interact with is Greg Carter. Greg from 2010 to 2012 got to serve at UNC Pembroke as Special Assistant to the Chancellor. When he left the position to go to UNC Asheville our university replaced his position with the Chief of Staff I am currently in.

(l-r) Dan Kenney and Greg Carter



Greg joined UNC Asheville as the Assistant Vice Chancellor for External Relations in August of 2012. He was promoted to Associate Vice Chancellor in January of 2014. Prior to Greg working at University of North Carolina at Pembroke he worked as a Legislative Assistant for United States Senator George Voinovich in Washington, DC. Senator Voinovich is from the Ohio and served as senator from 1999 to 2011. Voinovich, a member of the Republican

@leadership @patricklencioni April 1

- @eastcarolina @lancesnacks #Nabs March 31
- #WaffleHouse @wafflehouse March 30

### RECENT COMMENTS

 coach4aday on North Carolina-Oakdale Cemeter...

 Philip on North Carolina-Oakdale Cemeter...

 Ellen Warwick on #WaffleHouse @wafflehouse Marc...

@100irishbeers March... on Dec 30-2014 Completed Beer of...

 hecoleman91 on A friend of a friend-Michael P...

### ARCHIVES

- April 2018
- March 2018
- February 2018
- January 2018
- December 2017
- November 2017
- October 2017
- September 2017
- August 2017
- July 2017
- June 2017
- May 2017
- April 2017

In 2016 my goal is to learn something new daily on the people, places, and things that make North Carolina special. Everyday this year I am doing a post on what I have learned new.

I was reading what other Word Press Bloggers had written or posted about North Carolina and I came across a body of water I have never heard of before. Lake Kanuga.

Photo of the lake is below. This small lake is located in Hendersonville, NC and is the site of Kanuga Conference Center which is affiliated with the Episcopal Church.



Kanuga began in 1909 as "Kanuga Lake Club," the dream of George Stephens, a banker from Charlotte, NC. His vision was designed to be a place for families from the South Carolina and North Carolina to take a vacation.

Stephens purchased 950 acres in Hendersonville and built a dam over Mud Creek to create Lake Kanuga. In 1916, tragedy struck. After heavy rains, the dam to Lake Kanuga broke, sending water through Hendersonville and Asheville.

Link to that story below

*Remembering the Flood of 1916*

---

- @xtreme_sports_ #CheeseRolling June 4

RECENT COMMENTS

 coach4aday on @Brooks_Dunn May 30

 Ellen Warwick on @Brooks_Dunn May 30

 cmjordan64@gmail.com on North Carolina-Blewitt Falls C…

 John Tanner on @EatItNC #Barbecue @BarbecueBr…

@EatItNC #Barbecue @… on North Carolina-Train Wreck-Dec…

ARCHIVES

- June 2018
- May 2018
- April 2018
- March 2018
- February 2018
- January 2018
- December 2017
- November 2017
- October 2017
- September 2017
- August 2017
- July 2017
- June 2017
- May 2017
- April 2017
- March 2017
- February 2017
- January 2017
- December 2016

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept