IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| DAVID OPPENHEIMER | § | |
| Plaintiff, | § | |
| v. | § | CA 1:18-CV-00252-MR |
| DANIEL KENNEY, DBA, COACH4ADAY | § | |
| Defendant. | § | |

## JOINT NOTICE OF STIPULATED DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff David Oppeheimer and Defendant, Daniel Kenney d/b/a Coach4aDay, by and through the undersigned counsel, stipulate and agree to the dismissal of the claims asserted in the above-captioned action, *with prejudice*, with each party to bear its own attorney's fees and costs.

Respectfully submitted, this the 25th day of November 2019.

By: _/s/ Dana LeJune_
Dana A. LeJune
Texas Bar No. 12188250
North Carolina Bar No. 49025
6525 Washington Avenue
Suite 300
Houston, Texas 77007
Telephone: 713.942.9898
Facsimile: 713.942.9899
dlejune@triallawyers.net

*Attorney for Plaintiff*

By: /s/ Megan E. Sneed
Jason M. Sneed, Esq.
N.C. State Bar No. 29593
Megan E. Sneed, Esq.
N.C. State Bar No. 38525
445 South Main Street
Suite 400
Davidson, NC 28036
Telephone: 704-779-3611
jsneed@sneedlegal.com
msneed@sneedlegal.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing, *Joint Notice of Stipulated Dismissal*, was served on all counsel of record through the Court's electronic filing system on November 25, 2019.

*/s/ Dana LeJune*
Dana A. LeJune